AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Chatigny, Robert N | 2. Court or Organization  U.S. District of Connecticut | 3. Date of Report  05/14/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  U.S. District Court 450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary and Director | ▮▮▮U.S.A., Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ████████ Teacher |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tumble Brook Country Club | Partial reduction/annual fees | $ 5,325 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Acct. | A | Interest | J | T | | | | | |
| 2. ███ U.S.A., Inc. Shares | | None | K | W | | | | | |
| 3. ███ | | None | J | W | | | | | |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Buy | Var | J | | 1/17, 8/23, 11/16 |
| 10. Stock - Chubb Corp. | A | Dividend | J | T | | | | | |
| 11. Stock - American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 12. Stock - Supervalu Inc. | | None | | | Sell | 2/22 | J | A | |
| 13. Bernstein International Value Portfolio II | A | Dividend | M | T | | | | | |
| 14. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 15. Arrow Electronics Inc. | | None | | | Sell | 3/1 | J | A | |
| 16. Bernstein Diversified Municipal Portfolio | C | Dividend | L | T | Pt Sale 2/14 | Var. | K | A | 3/24 5/15 6/30 7/19 9/13 |
| 17. Stock - FNMA | A | Dividend | J | T | Pt. sale | 2/6 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stock - Supervalu Inc. | | None | | | Sell | 2/22 | J | A | |
| 19. Bernstein Custodian Cash | A | Interest | K | T | | | | | |
| 20. Connecticut State GO College Savings Plan | A | Interest | | | Sell | 5/15 | J | A | |
| 21. Bernstein International Value Portfolio | A | Dividend | M | T | | | | | |
| 22. Horse - 15% Ownership | | None | J | W | | | | | |
| 23. Bernstein Tax Manages International Value Portfolio | A | Dividend | K | T | | | | | |
| 24. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | K | T | | | | | |
| 25. Bernstein Short Dur DVSD Municipal Portfolio | D | Dividend | M | T | Pt. Sale | 3/24 | J | A | |
| 26. Wisconsin Energy Corp. | A | Dividend | J | T | Pt. Sale | 2/6 | J | A | |
| 27. Norfolk Southern Corp. | A | Dividend | | | Sell | 12/6 | J | A | |
| 28. Occidental Petroleum | A | Dividend | J | T | Pt. Sale | 1/4 | J | A | |
| 29. Wisconsin Energey | A | Dividend | J | T | | | | | |
| 30. Tech Data Corp. | | None | J | T | | | | | |
| 31. Bernstein Tax Managed International Portfolio | A | Dividend | L | T | | | | | |
| 32. Bank of America Checking Acct | | None | J | T | | | | | |
| 33. Stock - Conoco Phillips | A | Dividend | J | T | | | | | |
| 34. Stock - Conoco Phillips | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Occidental Petroleum Corp-Del | A | Dividend | | | Sell | Var. | J | A | 4/13, 7/25 |
| 36. Arrow Electronics Inc. | | None | | | Sell | Var. | J | A | 3/1, 3/23 |
| 37. Burlington Norther Santa Fe | A | Dividend | | | Sell | 1/19 | J | A | |
| 38. ▓▓▓▓ Bank - Checking Account | A | Interest | J | T | | | | | |
| 39. Stock - National City Corp. | A | Dividend | J | T | | | | | |
| 40. Stock - Wachovia corp. 2nd New | A | Dividend | | | Sell | 7/26 | J | A | |
| 41. Stock - Lear Corp. | A | Dividend | | | Sell | 8/25 | J | A | |
| 42. Stock - Hewlett Packard Co. | A | Dividend | | | Sell | 10/25 | J | A | |
| 43. Stock - Solectron Corp. | | None | J | T | | | | | |
| 44. Stock - Tellabs Inc. | | None | | | Sell | Var. | J | A | 3/1, 10/4 |
| 45. Stock - Chubb Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 5/3, 5/23 |
| 46. Stock - Constellation Energy | A | Dividend | J | T | | | | | |
| 47. Stock - Entergy Corp. | A | Dividend | J | T | Pt. Sale | 6/13 | J | A | |
| 48. Stock - Tellabs Inc. | | None | | | Sell | 3/1 | J | A | |
| 49. Stock - Hewlett Parckard | A | Dividend | | | Sell | Var. | J | A | 6/26, 8/28, 10/23 |
| 50. Stock - FNMA | A | Dividend | J | T | | | | | |
| 51. Stock - Allstate Corp. | A | Dividend | | | Sell | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stock - Travelers Companies | A | Dividend | J | T | Pt. Sale | 2/17 | J | A | Formerly St. Paul |
| 53. Stock - Sprint Nextel Corp. | A | Dividend | J | T | | | | | |
| 54. Stock - Cooper Industries | A | Dividend | J | T | Pt. Sale | 8/14 | J | A | |
| 55. Stock - Renaissancere Holdings | A | Dividend | J | T | | | | | |
| 56. Stock - Citigroup Inc. | A | Dividend | J | T | | | | | |
| 57. Stock - Entergy Corp. | A | Dividend | J | T | | | | | |
| 58. Stock - Comcast Corp. | | None | J | T | | | | | |
| 59. Stock - Kroger | | None | J | T | | | | | |
| 60. Stock - Safeway Inc. | A | Dividend | J | T | | | | | |
| 61. Stock - Pepsico | A | Dividend | J | T | | | | | |
| 62. Stock - General Electric | A | Dividend | J | T | | | | | |
| 63. Stock - Flextronics International | | None | J | T | | | | | |
| 64. Stock - Sanmina Corp. | | None | J | T | | | | | |
| 65. Stock - BP Amoco | A | Dividend | J | T | Buy | Var. | J | | 8/1, 12/12 |
| 66. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | | | | | |
| 67. Stock - Travelers Companies Inc. | A | Dividend | J | T | Buy | 7/10 | J | | |
| 68. Stock - Citigroup | A | Dividend | J | T | Buy | 11/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stock - Wachovia Corp. 2nd | A | Dividend | | | Sell | Var. | J | A | 6/13, 7/26 |
| 70. Stock - Sprint Nextel Corp. | A | Dividend | J | T | Buy | 2/7 | J | | |
| 71. Stock - Comcast Corp. | | None | J | T | Buy | 5/24 | J | | |
| 72. Stock - Pepsico | A | Dividend | J | T | | | | | |
| 73. Stock - Cooper Industries | A | Dividend | J | T | | | | | |
| 74. Stock - General Electric | A | Dividend | J | T | | | | | |
| 75. Stock - Flextronics International | | None | J | T | | | | | |
| 76. Stock - Solectron | | None | J | T | | | | | |
| 77. Stock - BP Amoco | A | Dividend | J | T | Pt. Sale | 4/21 | J | A | |
| 78. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 5/24 | J | A | |
| 79. Stock - National City Corp. | A | Dividend | J | T | | | | | |
| 80. Stock - Time Warner Inc. | | None | J | T | | | | | |
| 81. Stock - MedcoHealth Solutions | | None | | | Sell | 3/2 | J | A | |
| 82. Stock - HCA Healthcare Co. | | None | | | Sell | 6/21 | J | A | |
| 83. Stock - Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 84. Stock - Unilever | | None | | | Sell | 3/30 | J | A | |
| 85. Stock - McDonalds Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stock - Jones Apparel Group Inc. | A | Dividend | | | Sell | 9/25 | J | A | |
| 87. Stock - Target Corp. | A | Dividend | | | Sell | 11/1 | J | A | |
| 88. Stock - Magna Intl | | None | | | Sell | 1/15 | J | A | |
| 89. Stock - Textron Inc. | A | Dividend | J | T | | | | | |
| 90. Stock - Boeing Co. | A | Dividend | J | T | | | | | |
| 91. Stock - Microsoft Corp. | A | Dividend | J | T | Buy | 8/1 | J | | |
| 92. Stock - CSX Corp. | A | Dividend | J | T | Pt. Sale | 5/22 | J | A | |
| 93. Stock - Chevron Corp. | A | Dividend | J | T | | | | | |
| 94. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Buy | 5/11 | J | | |
| 95. Stock - Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 96. Stock - Amer International Group | A | Dividend | J | T | Buy | Var. | J | | 3/6, 11/1 |
| 97. Stock - Hartford Financial Services | A | Dividend | J | T | | | | | |
| 98. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Buy | Var. | J | | 4/6, 9/11 |
| 99. Stock - Suntrust Banks Inc. | A | Dividend | J | T | | | | | |
| 100. Stock - Time Warner Inc. | A | Dividend | J | T | | | | | |
| 101. Stock - MedcoHealth Solutions | | None | | | Sell | 1/11 | J | A | |
| 102. Stock - HCA Healthcare | A | Dividend | | | Sell | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Stock - Procter & Gamble | A | Dividend | J | T | Buy | 6/21 | J | A | |
| 104. Stock - Unilever | | None | | | Sell | 3/30 | J | A | |
| 105. Stock - McDonalds Corp. | A | Dividend | J | T | Buy | 8/23 | J | | |
| 106. Stock - Jones Apparel Group | A | Dividend | | | Sell | 9/25 | J | A | |
| 107. Stock - Borg Warner | A | Dividend | J | T | Pt. Sale | 3/8 | J | A | |
| 108. Stock - Office Deport | | None | J | T | | | | | |
| 109. Stock - Target Corp. | A | Dividend | J | T | | | | | |
| 110. Stock - Textron Inc. | A | Dividend | | | Sell | Var. | J | A | 5/24, 12/15 |
| 111. Stock - Boeing Inc. | A | Dividend | J | T | | | | | |
| 112. Stock - Microsoft Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 11/1, 12/7 |
| 113. Stock - ChevronTexaco | A | Dividend | J | T | Buy | 9/14 | J | | |
| 114. Stock - Merrill Lynch Co. Inc. | A | Dividend | J | T | Buy | 4/13 | J | | |
| 115. Stock - Interpublic Group of Cos, Inc. | | None | J | T | | | | | |
| 116. Stock - Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 117. Stock - Safeway Inc. | A | Dividend | J | T | | | | | |
| 118. Stock - Toyota Motor Corp. | | None | J | T | | | | | |
| 119. Stock - Office Depot Inc. | | None | J | T | Pt. Sale | 10/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stock - Northrup Corp. | A | Dividend | J | T | | | | | |
| 121. Stock - B F Goodrich Co. | A | Dividend | | | Sell | 4/7 | J | A | |
| 122. Stock - Intel Corp. | A | Dividend | | | Sell | 6/12 | J | A | |
| 123. Stock - Electronic Data Systems Corp. | A | Dividend | J | T | | | | | |
| 124. Stock - Ensco International Inc. | | None | | | Sell | 3/1 | J | A | |
| 125. Stock - Global Santa Fe Corp. | A | Dividend | | | Sell | 9/29 | J | A | |
| 126. Stock - Noble Corp. | | None | | | Sell | 7/26 | J | A | |
| 127. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Buy | Var. | J | | 2/24, 8/1 |
| 128. Stock - Merrill Lynch & Co. Inc. | A | Dividend | J | T | Buy | 5/3 | J | | |
| 129. Stock - Genworth Financial Inc. | A | Dividend | J | T | Buy | 11/15 | J | | |
| 130. Stock - Interpublic Group of Cos Inc. | | None | J | T | | | | | |
| 131. Stock - Eli Lilly & Co. | A | Dividend | | | Sell | 10/12 | J | A | |
| 132. Stock - Merck & Co. Inc. | A | Dividend | J | T | Pt. Sale | 5/3 | J | A | |
| 133. Stock - Clorox Company | A | Dividend | J | T | | | | | |
| 134. Stock - Toyota Motor Corp. | A | Dividend | | | Sell | 11/14 | J | A | |
| 135. Stock - Hubbell Inc. | A | Dividend | | | Sell | 6/27 | J | A | |
| 136. Stock - Northrop Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Stock - B F Goodrich Co. | A | Dividend | | | Sell | 9/7 | J | A | |
| 138. Stock - ADC Telecommunications | | None | | | Sell | 11/1 | J | A | |
| 139. Stock - Intel Corp. | A | Dividend | | | Sell | 6/12 | J | A | |
| 140. Stock - Electronic Data Systems Corp. | A | Dividend | J | T | | | | | |
| 141. Stock - CSX Corp. (X) | A | Dividend | J | T | Pt. Sale | 5/26 | J | A | |
| 142. Stock - Norfolk Southern Corp. (X) | A | Dividend | J | T | Pt. Sale | 5/22 | J | A | |
| 143. Stock - Ensco International Inc. | | None | | | Sell | 3/1 | J | A | |
| 144. Stock - Global Santa Fe Corp. | A | Dividend | | | Sell | 9/29 | J | A | |
| 145. Stock - Noble Corp. | A | Dividend | | | Sell | 4/17 | J | A | |
| 146. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 3/6 | J | | |
| 147. Stock - XL Capital | A | Dividend | J | T | Buy | 3/2 | J | | |
| 148. Stock - GOldman Sachs Group | | None | J | T | Buy | 8/1 | J | | |
| 149. Stock - Genworth Financial | A | Dividend | J | T | Buy | Var. | J | | 7/27, 12,13 |
| 150. Stock - Amer International Group | A | Dividend | J | T | Buy | Var. | J | | 3/6, 5/9 |
| 151. Stock - AT&T Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 152. Stock - Verizon Communications | A | Dividend | J | T | Buy | Var. | J | | 10/2, 11/1 |
| 153. Stock - CBS Corp. | A | Dividend | J | T | Buy | Var. | J | | 2/23, 5/2 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Stock - Merck & Co. | A | Dividend | J | T | Buy | 1/10 | J | | |
| 155. Stock - Pfizer Inc. | A | Dividend | J | T | Buy | Var. | J | | 4/6, 6/23 |
| 156. Stock - Kellogg co. | A | Dividend | J | T | Buy | 2/21 | J | | |
| 157. Stock - Sara Lee Corp. | | None | J | T | Buy | Var. | J | | 10/27, 11/13, 12/8 |
| 158. Stock - Coca Cola | A | Dividend | J | T | Buy | 1/10 | J | | |
| 159. Stock - DaimlerChrysler | | None | J | T | Buy | Var. | J | | 6/6, 9/28 |
| 160. Stock - Cisco Systems | | None | J | T | Buy | 3/15 | J | | |
| 161. Stock - XL Capital | A | Dividend | J | T | Buy | 2/6 | J | | |
| 162. Stock - MBIA Inc. | | None | J | T | Buy | 12/19 | J | | |
| 163. Stock - AT&T Inc. | A | Dividend | J | T | Buy | Var. | J | | 1/27, 7/10 |
| 164. Stock - Crown Castle Intl Corp. | | None | J | T | Buy | 3/7 | J | | |
| 165. Stock - Verizon Communication | | None | J | T | Buy | Var. | J | | 10/2, 11/4 |
| 166. Stock - Allegheny Energy Inc. | | None | J | T | Buy | 7/13 | J | | |
| 167. Stock - CBS Corp. | A | Dividend | J | T | Buy | Var. | J | | 2/23, 5/2 |
| 168. Stock - Pfizer Inc. | A | Dividend | J | T | Buy | Var. | J | | 4/6, 5/16, 6/13 |
| 169. Stock - Amerisourcebergen Corp. | A | Dividend | J | T | Buy | 10/13 | J | | |
| 170. Stock - Kellogg Co. | A | Dividend | J | T | Buy | 2/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Stock - Sara Lee Corp. | | None | J | T | Buy | Var. | J | | 10/17, 11/7 |
| 172. Stock - Black & Decker Corp. | A | Dividend | J | T | Buy | Var. | J | | |
| 173. Stock - Daimlerchrysler | | None | J | T | Buy | Var. | J | | 6/6, 8/25 |
| 174. Stock - Limited Inc. | A | Dividend | J | T | Buy | 10/4 | J | | |
| 175. Stock - Arcelor Mittal | A | Dividend | J | T | Buy | Var. | J | | 10/26, 11/6 |
| 176. Stock - Ingersoll Rand Co. | | None | J | T | Buy | 12/11 | J | | |
| 177. Stock - SPX Corp. | A | Dividend | J | T | Buy | 7/10 | J | | |
| 178. Stock - Eaton Corp. | | None | J | T | Buy | 12/5 | J | | |
| 179. Stock - Cisco Systems | | None | J | T | Buy | 3/15 | J | | |
| 180. Stock - Nokia Corp. | A | Dividend | J | T | Buy | 3/2 | J | | |
| 181. Stock - Intl Business Machines | A | Dividend | J | T | Buy | 8/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions. ████ U.S.A., is a Subchapter S Corporation wholly-owned and operated ████ The company publishes and distributes educational picture cards.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5/14/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544